No. 780. ALEXANDER MCDOUGALL v. OLIVER IRON MINING COMPANY. January 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Merritt Starr* and *Mr. Horace G. Stone* for petitioner. *Mr. Frederick P. Fish, Mr. D. Anthony Usina* and *Mr. Henry M. Huxley* for respondent.

———————

No. 700. JOHN ENDICOTT ET AL. v. BOARD OF ASSESSORS OF THE CITY OF DETROIT ET AL. January 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. P. J. M. Hally* for petitioners. *Mr. Walter Barlow* and *Mr. Clarence E. Wilcox* for respondents.

———————

No. 733. WILLIAM FILENE'S SONS COMPANY v. GILCHRIST COMPANY. January 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. George R. Nutter* and *Mr. Jacob J. Kaplan* for petitioner. *Mr. Alexander Lincoln* and *Mr. Sherman L. Whipple* for respondent.

———————

No. 765. NEHALEM STEAMSHIP COMPANY, CLAIMANT, ETC., ET AL. v. AKTIESELSKABET AGGI ET AL. January 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George W. Wickersham, Mr. Ira A. Campbell, Mr. Edward J. McCutchen, Mr. W. S. Barrett* and *Mr. Farnham P. Griffiths* for petitioners. *Mr. E. B. McClanahan, Mr. S. Hasket Derby* and *Mr. William Denman* for principal respondents. *Mr. Louis T. Hengstler, Mr. Stanley Moore* and *Mr. F. W. Dorr* for W. R. Grace & Co., third party respondent.